IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EAST MAIN BAPTIST CHURCH, NORMA DUCOMMUN, SUSAN DUEVER, DOROTHY EARLE, JOHN SHULTHEIS, COMMERCIAL MORTGAGE & FINANCE COMPANY, individually and as representatives of a class of similarly situated persons, )<br><br>Plaintiffs, )<br><br>vs. )<br><br>UNION PLANTERS BANK, N.A., f/k/a MAGNA BANK, N.A.; MARSHALL & STEVENS, INC.; MICHAEL J. DOSTER; DOSTER, JAMES, HUTCHISON & ULLOM, P.C.; ROBERT A. CHLEBOWSKI; LYNNETTE A. FROWNFELTER; VARILEASE CORPORATION; J.E. LISS & COMPANY, INC.; and JEROME E. LISS; )<br><br>Defendants. ) | Case No. |

## APPENDIX OF EXHIBITS TO NOTICE OF REMOVAL

John C. Rasp, #4125
Michael A. Clithero, #2829
Geoffrey G. Gerber, #94478
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive Street
St. Louis, MO 63101
(314) 345-6000
Fax: (314) 345-6060

*Attorneys for Defendant Union Planters Bank, N.A.*

## TABLE OF EXHIBITS

| EXHIBIT # | DESCRIPTION OF EXHIBIT |
|---|---|
| 1 | Circuit Court Minute Entries for *East Main Baptist Church, et al. v. Union Planters Bank, N.A., et al.*, Cause No. 99CC-3894 (Mo. Cir. Ct., 21st Cir.) |
| 2 | Direct Filing, Petition Filed, Case Assigned to Div 17 |
| 3 | Summons for service by first class mail issued for service on defendant #1. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 4 | Summons for service by first class mail issued for service on Defendant #2. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 5 | Summons for service by first class mail issued for service on defendant #3. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 6 | Summons for service by first class mail issued for service on Defendant #4 Doster Robinson James Hutchison & Ullom P C. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney. |
| 7 | Summons for service by first class mail issued for service on Defendant #5 Robert Chlebowski. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 8 | Summons for service by first class mail issued for service on Defendant #6 Lynette Frownfelter. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 9 | Summons for Service by first class mail issued for Service on Defendant #7. Summons, Petition and Notice of Acknowledgement of receipt of Summons mailed to attorney |
| 10 | Norman W. Pressman Enters Appearance for Defendant(s) #7 Varilease Corporation |
| 10 | Motion for additional thirty (30) days to file answer or other responsive pleading. (Motion #1) filed by Defendant(s) #7 Varilease Corporation |
| 10 | Defendant(s) #7 Varilease Corporation motion for additional thirty (30) days to file answer or other responsive pleading. (Motion #1) without trial granted |

| 11 | Scheduling conference set 01/20/2000 08:00 am Div 17 |
|----|------------------------------------------------------|
| 12 | Robert H. Brownlee Enters Appearance for Defendant(s) #1 Union Planters Bank |
| 12 | Motion for Additional Thirty (30) Days to File Answer or Other Responsive Pleading. (Motion #2) filed by Defendant(S) 441 Union Planters Bank |
| 12 | Defendant(s) #1 Union Planters Bank Motion for Additional Thirty (30) Days to File Answer or other responsive pleading. (Motion #2) Without Trial Granted |
| 13 | Brian R. Plegge Enters Appearance for Defendant(s) #2 Marshall & Stevens Inc |
| 13 | Motion for Additional Thirty (30) Days to File Answer or Other Responsive Pleading. (Motion #3) filed by Defendant (5) #2 Marshall & Stevens Inc |
| 13 | Defendant(s) #2 Marshall & Stevens Inc Motion for Additional Thirty (30) Days to File Answer or Other Responsive Pleading. (Motion #3) Without Trial Granted |
| 14 | Frank Susman Enters Appearance for Defendant(S) #3 Michael J Doster #4 Doster Robinson James Hutchison & Ullom P C |
| 15 | Defendant's Varilease Corporation Answer Filed |
| 16 | Defendant Marshall & Stevens Inc Answer to Plaintiffs' Petition Filed |
| 17 | Marshall & Stevens, Inc.'s Answer Filed. |
| 18 | Proposed Scheduling Order Granted and Filed |
| 19 | Defendant Doster and Doster, Robinson, James, Hutchison & Ullom PC's Motion to Dismiss Counts IX and XV, Paragraphs 106 thru 121 and Paragraphs 182 thru 196, of Plaintiff's First Amended Class Action Petitions |
| 20 | Motion and Suggestions of Defts Michael J. Doster and Doster, Robinson, James, Hutchison & Ullom PC to Dismiss Plaintiff's First Amended Class Action Petition for Lack of Plaintiff's Standing Filed |
| 21 | Motion to Dismiss (Motion #5) filed by Defendant(s) #1 Union Planters Bank |
| 22 | Memorandum of Union Planter's Bank in Support of Its Motion to Dismiss Plaintiff's Amended Petition Noted and Filed |
| 23 | Motion to Dismiss or in the alt, for More Definite (Motion #6) filed by Defendant(s) #6 Lynette Frownfelter |

| 24 | Varilease Corporations' Answer filed |
|---|---|
| 25 | Letter from Martin W. Green, Atty at Law Acknowledged and Filed. |
| 26 | Third Party Claim #001 Initiated By Defendant (5) #2 Marshall & Stevens Inc and #4 Doster Robinson James Hutchison & Ullom P C Against Third Party Defendant(s) #1 J E Liss & Company Inc, #2 Red Oak Financial Inc, #6 Jerome E Liss, #7 Kenneth E Schimpf Jr, #8 Tom Butenhoff, #9 Mick McDermott |
| 26 | Hugh S. O'Sullivan Enters Appearance for Defendant(s) #2 Marshall & Stevens Inc on Third Party Claim #001 |
| 27 | Request for oral argument on Motion to Dismiss filed |
| 28 | Third-Party Summons Issued to Third Party Defendant (s) #1 J E Liss & Company Inc Registered Agent Carol A Liss and mailed to attorney for service by out of state County Sheriff |
| 28 | Third-Party Summons Issued to Third Party Defendant (s) #1 J E Liss & Company Inc Registered Agent Carol A Liss, returned served on 4/25/2000 |
| 29 | Third-Party Summons Issued to Third Party Defendant(s) #2 Red Oak Financial Inc Registered Agent Jerome E Liss and mailed to attorney for service by out of state County Sheriff |
| 29 | Third-Party Summons Issued to Third Party Defendant(s) #2 Red Oak Financial Inc Registered Agent Jerome E Liss, returned served on 4/26/2000 |
| 30 | Plaintiff is granted to June 1, 2000 to File A Written Response And/Or Memo of Law With Regard to Defendant Doster Motion to Dismiss Counts Ix and XV Thereafter, The Court Will Rule The Motion on The Written Pleadings or Will Select A Date and Time for Oral Argument on Said Motion. |
| 31 | Plaintiff is granted to June 1, 2000 to File A Written Response And/Or Memo of Law With Regard to Defendant Doster Motion to Dismiss for Lack of Pltf's Standing. Thereafter, The Court Will Rule The Motion on The Written Pleadings or Will Select A Date and Time for Oral Argument on Said Motion |
| 32 | Plaintiff is granted to June 1, 2000 to File A Written Response and/or Memo of Law with regard to Defendant Union Planter's Motion to Dismiss. Thereafter, The Court Will Rule The Motion on The Written Pleadings or Will Select A Date and Time for Oral Argument on Said Motion |
| 33 | Plaintiff is granted to June 1, 2000 to file a Written Response and/or Memo of Law with regard to Defendant Chlebowski & Frownfelter's Motion to Dismiss/More Definite Statement. Thereafter, the Court will select a date and time for oral argument in said Motion |

| 34 | Defendant Marshall & Stevens, Inc.'s 5/4/00 Motion to Compel set for oral argument 5/24/00 |
|----|--------------------------------------------------------------------------------------------|
| 35 | Certificate of Service Filed. |
| 36 | Amended Motion to Dismiss Plfs' Amended Class Act Petition (Motion #8) filed by Defendant(s) #3 Michael J Doster, #4 Doster Robinson James Hutchison & Ullom P C |
| 37 | Amended Motion to Dismiss Plf's Amended Class Act Petition (Motion #9) filed by Defendant(s) #1 Union Planters Bank |
| 38 | Third Party Claim #002 Initiated By Defendant(s) #3 Michael J Doster and #4 Doster Robinson James Hutchison & Ullom P C against Third Party Defendant(s) #3 J F Liss & Company, #4 Liss Financial Services, #5 Red Oak Financial Inc |
| 39 | Defendant/Third Party Plaintiff Marshall & Stevens Inc.'s Motion for leave to file Amended Third Party Petition Filed |
| 40 | By Consent, Plaintiffs Shall Respond to Marshall. & Stevens Interrogatories and Requests for Production on or before June 15, 2000 |
| 41 | Richard E. Greenberg Enters Appearance for Third Party Defendant(s) #1 J E Liss & Company Inc #2 Red Oak Financial Inc on Third Party Claim #0001 |
| 42 | Defendant/Third Party Plaintiff Marshall & Stevens Inc.'s Motion for leave to file Amended Third Party Petition is Granted |
| 43 | Plaintiff-Bondholder S Combined Opposition to Motions to Dismiss of Defendants Chlebowski, Frownfelter, Doster and Union Planters Bank Filed |
| 44 | Third-Party Defts J E Liss and Red Oak's Motion to Dismiss Defendant Marshall & Stevens Amended Third-Party Petition Filed |
| 45 | Memo of Law in Support of Motion of Third-Party Defendants J E Liss and Red Oak Financial Inc.'s Motion to Dismiss Deft. Marshall & Stevens, Inc.'s Amended Third-Party Petition Filed |
| 46 | Motion for Additional Thirty (30) Days to File Answer or Other Responsive Pleading. (Motion #10) filed by Defendant(s) #4 Doster Robinson James Hutchison & Ullom PC |
| 47 | Motion for Class Certification (Motion #11) filed by Plaintiff(s) #1 East Maine Baptist Church |
| 48 | Memorandum in Support of Plaintiffs' Motion for Class Certification Filed |

| 49 | Defendant Union Planters Bank's Objections and Responses to Plaintiff's First Request for Production of Documents Filed |
|----|-----|
| 50 | Motion for Summary Judgment (Motion #12) filed by Defendant(s) #7 Varilease Corporation |
| 51 | Defendant Varilease Corp's Memo in Support of It's Motion for Summary Judgment |
| 52 | Exhibits to Deft Varilease Corporation's Memo in Support of Summary Judgment Filed |
| 53 | Affidavit of John Zimmeth Filed |
| 54 | Third-Party Defendants J E Liss and Red Oaks Request for Additional (20) Days, Up to and Including 7/12/2 000 to respond granted and Filed |
| 55 | Third-Party Plaintiff' S Response in Opposition to Third-Party Defts. J E Liss & Company, Inc and Red Oak Financial Inc.'s Motion to Dismiss Filed |
| 56 | Certificates of Mailing Filed |
| 57 | Motion for Additional Thirty (30) days to file Answer or other responsive pleading. (Motion #13) filed by Defendant(s) #4 Doster Robinson James Hutchinson & Ullom PC |
| 58 | Third Party J E Liss and Red Oak Financial' S Motion to Dismiss Third Party Petition of The Doster Defendant Filed |
| 59 | Memo of Law in Support of Motion of Third-Party Defendants JE Liss et al. and Red Oak Financial Inc.'s Motion to Dismiss Third Party Petition of the Doster Defendant's Filed |
| 60 | Reply Suggestions of Defts Doster et al. in Support of Their Motion to Dismiss Counts IX and XV et al. of Plaintiff's First Amended Class Action Petition Filed |
| 61 | Reply Suggestions of Deft Doster and Doster, Robinson, James, Hutchison & Ullom PC Motion to Dismiss Plaintiff's First Amended Class Action Petition for lack of Plaintiff's Standing Filed |
| 62 | Plaintiff-Class Representatives' Request for Extension of Time to Respond to Deft. Varilease's Motion for Summary Judgment Granted and Filed |
| 63 | Third Party Deft. JE Liss and Red Oak Financial, Inc.'s Reply to Plaintiff's Response in Opposition to Third Party Defts Motion to Dismiss Filed |
| 64 | Motion to Stay Discovery (Motion #14) filed by Defendant(s) #4 Doster |

| | Robinson James Hutchison & Ullom PC |
|---|---|
| 65 | Certificates of Mailing Filed |
| 66 | Proposed Amended Scheduling Order Noted and Filed |
| 67 | Plaintiff's Motion for leave to file Surreply in Opposition to Defendant Doster's Motions to Dismiss Filed |
| 68 | Union Planter's Reply Memo in Support of Motion to Dismiss First Amended Petition Filed |
| 69 | Plaintiff's Memo in Opposition to Deft Doster's Motion to Stay Discovery Filed |
| 70 | Doster and Doster, Robinson et al.'s Suggestions in Opposition to Plaintiffs' Motion for leave to file Surreply Brief in Opposition to Defendants' Pending Mtn. to Dismiss Filed |
| 71 | Certificate of Service Filed |
| 72 | Motion to Compel (Motion #15) filed by Plaintiff(s) #1 East Maine Baptist Church |
| 73 | Motion to Compel Doster Defts to Produce (Motion #16) filed by Plaintiff(s) #1 East Maine Baptist Church |
| 74 | Notice(s) to Take Deposition Filed |
| 75 | Defendant Varilease's Response to Plaintiff's First Request for Production of Documents Filed |
| 76 | Settlement Conference set by Court 10/26/2000 |
| 77 | Plaintiff's Confidentiality Agreement and Protective Order Noted and Filed |
| 78 | Case set by Court 04/05/2001 |
| 79 | Certificate of Mailing Filed |
| 80 | Certificate of Service Filed |
| 81 | Memorandum of Withdrawal Filed. Sanford Boxerman and Rosenblum, Golderhersh, et al Withdraw Their Appearance for Third-Party Defts. JE Liss & Company and Red Oak Financial as Per Memo Filed. |
| 82 | Notice(s) to Take Deposition Filed. |

| 83 | Notice(s) to Take Deposition Filed. |
|----|-------------------------------------|
| 84 | Certificates of Mailing Filed. |
| 85 | Notice(s) to Take Deposition Filed. |
| 86 | Motion to Withdraw as Atty for Deft (Motion #17) Filed by Defendant(s) #7 Varilease Corporation |
| 87 | Court Memorandum Regarding Amended Scheduling Conference Order Filed. |
| 88 | Certificate of Service Filed. |
| 89 | Letter from Patrick M. Kiernan to Judge Kendrick Filed and Mailed. |
| 90 | Suggestion of Bankruptcy w/ Regard to Varilease Corp Filed. |
| 91 | Motion for Additional Twenty (20) Days to File Answer or Other Responsive Pleading. (Motion #18) Filed by Defendant(s) #1 Union Planters Bank |
| 92 | Notice to Take Deposition Filed. |
| 93 | Dismissed by Parties Dismissed Without Prejudice Court Costs Not Applicable Dismissed Without Prejudice Defendant(s) #1 Union Planters Bank FKA Magna Bank NA #2 Marshall & Stevens Inc #3 Michael J. Doster #4 Doster Robinson James Hutchison & Ullom P C #5 Robert Chlebowski #6 Lynette Frownfelter #7 Varilease Corporation Dismissed by Party Plaintiff(s) #8 Gary Yamine #9 Jeanne Yamine |
| 94 | Notice(s) to Take Deposition Filed. |
| 95 | Notice(s) to Take Deposition Filed. |
| 96 | Notice(s) to Take Deposition Filed. |
| 97 | Notice(s) to Take Deposition Filed. |
| 98 | Notice(s) to Take Deposition Filed. |
| 99 | Notice(s) to Take Deposition Filed. |
| 100 | Notice(s) to Take Deposition Filed. |
| 101 | Defendant(s) #1 Union Planters Bank Motion for Additional Twenty (20) Days to File Answer or Other Responsive Pleading. (Motion #18) Without Trial Granted |

| 102 | Defendant Union Planters' Request to Third-Party Defendants JE Liss & Co, Inc. for Production of Documents Filed. |
|-----|------------------------------------------------------------------------------------------------------------------|
| 103 | Notice(s) to Take Deposition Filed. |
| 104 | Defendant Union Planters' Interrogatory Answer Filed. |
| 105 | Motion for Protective Order (Motion #19) Filed by Defendant(s) #5 Robert Chlebowski |
| 106 | Notice(s) of Hearing Filed. |
| 107 | Certificates of Mailing Filed. |
| 108 | Notice(s) to Take Deposition Filed. |
| 109 | Notice(s) of Hearing Filed. |
| 110 | Defendants' Joinder Motion to Amend the Proposed Amended Scheduling Order Filed. |
| 111 | Deft Chlebowski's and Frownfelter's Mtn for Protective Order and Pltf's Verified Motion to Compel and for Sanctions are Called for Oral Argument. Parties Appear by Their Respective Attorneys. Oral Arguments Heard. Attys Granted to 3/9/01 to Respond. |
| 112 | Plaintiff's Combined Opposition to Chlebowski and Frownfelter's Motion for Protective Order and Verified Motion to Compel and for Sanctions Filed. |
| 113 | Defendants Chlebowski and Frownfelter's Reply to Plaintiffs Opposition to Motion for Protective Order and Verified Motion to Compel and for Sanctions Filed. |
| 114 | Reply in Support Verified Motion to Compel and for Sanctions Filed. |
| 115 | Notice(s) to Take Deposition Filed. |
| 116 | Consent Motion for Enlargement of Time by Third Party Defendant Liss & Co, Inc. Granted and Filed. |
| 117 | The Court, Being Advised in the Premises, Liberally Construing the Pleadings, Accepting as True all Well-Pled Facts and Drawing all Inferences from those Facts Only in Plaintiffs' Favor, Hereby Denies Said Motion with Regard to Defendant Union Planters Bank, Joinder in Adopting and Incorporating this Motion by Reference "in so far as pertinent", Said Motion is Denied as it is Not Pertinent. |

| 118 | As to Defendant Dosters' Motion to Dismiss Plaintiff's First Amended Class Action Petition for Lack of Plaintiffs' Standing, the Court Being Fully Advised in the Premises, Denies Said Motion as to Both Defendants Doster and Defendant Union Planters Bank. |
|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 119 | As to Defendant Union Planter's Banks Motion to Dismiss Plaintiff's Amended Petition and Memo in Support. The Court, Being Fully Advised in the Premises Hereby Denies Said Motion as to Both Defendant Union Planters Bank NA and Defendant Doster. |
| 120 | Defendants' Chlebowski's and Frownfelter's Motion to Dismiss, or in the Alt. More Definite, the Court, Being Fully Advised in the Premises, Hereby Denies Said Motion as to Defendants. |
| 121 | Martin M. Green Enters Appearance for Defendant(s) #5 Robert Chlebowski #6 Lynette Frownfelter |
| 122 | Defendant Union Planters Request for Additional 14 Days to Answer Granted and Filed. |
| 123 | Consent Motion for Enlargement of Time Noted and Filed. |
| 124 | Defendant Chlebowski and Frownfelter's Proposed Order Filed. |
| 125 | Defendant Union Planters Request for Additional Time Noted and Filed. |
| 126 | Richard Greenberg Enters His Appearance for Third Party Defendant J E Liss & Co., Inc. |
| 127 | Notice(s) to Take Deposition Filed. |
| 128 | Defendant Chlebowski's Answer to Plaintiff's First Amended Class Action Petition Filed. |
| 129 | Defendant Frownfelter's Answer to Plaintiff's First Amended Class Action Petition Filed. |
| 130 | Notice(s) to Take Deposition Filed. |
| 131 | Defendant Union Planters' Answer to First Amended Class Action Petition |
| 132 | Certificate of Service Filed. |
| 133 | Notice of Organizational Deposition Filed. |
| 134 | Defendant Union Planters Request for Additional Thirty (30) Days to Respond Noted and Filed. |

| 135 | Proposed Order Filed |
|-----|----------------------|
| 136 | Defendant/Third-Party Plaintiff's Motion for Leave to File Third-Party Petition Filed. |
| 137 | Third-Party Defendants' Motion for Protective Order Filed. |
| 138 | Third-Party Defendants' Memo of Law in Support of Their Motion to Dismiss Filed. |
| 139 | Third-Party Defendants' Motion to Dismiss Filed. |
| 140 | Defendant Varilease Capital's Suggestion of Bankruptcy Filed. |
| 141 | Notice(s) to Take Deposition Filed. |
| 142 | Defendant Doster's Motion and Response Thereof and Plaintiff's Request for Production of Documents Filed. |
| 143 | Defendant/Third-Party Plaintiff Marshall & Stevens Memo in Opposition to Class Action Certification Filed. |
| 144 | Plaintiffs – Class Reps Motion for Leave to File Second Amended Class Action Petition Filed. |
| 145 | Defendant's Response to Bondholders' Second Request for Production of Documents Filed. |
| 146 | Class Certification Hearing Continued to 9/20/01 at 8:30 a.m. Plaintiff Granted Leave to File Second Amended Complaint. Defendant's to Respond by 7/20/01 |
| 147 | Certificate of Service Filed. |
| 148 | Notice(s) to Take Deposition Filed. |
| 149 | Answer and Affirmative Defenses of Defts' Second Amended Class Action Petition Filed. |
| 150 | Certification(s) for Taxation of Cost Filed. |
| 151 | Defendant Marshall & Stevens, Inc.'s Answer to Plaintiffs' Second Amended Class Action Petition Filed. |
| 152 | Defendants Chlebowski & Frownfelter Answer to Plaintiff's Second Amended Class Action Petition Filed. |
| 153 | Defendant Chlebowski and Frownfelter's Motion to Dismiss Count XVI of |

|     | Plaintiff's Second Amended Class Action Petition Filed. |
| --- | --- |
| 154 | Defendant Union Planter's Answer to Second Amended Class Action Petition Filed. |
| 155 | Defendant/Third-Party Plaintiff Marshall & Stevens, Inc.'s Motion for Leave to File Second Amended Third-Party Petition Filed. |
| 156 | Bondholders' Response to Chlebowski's First Request for Production of Documents Filed. |
| 157 | Motion of Defendants Doster, Robinson, James & Ullom PC to Join in and to Adopt by Reference Defendants/ Third-Party Plaintiff Marshall & Stevens, Inc.'s Motion for Leave to File Second Amended Third-Party Petition and Defendant/Third-Party Petition Filed. |
| 158 | Defendant/Third-Party Plaintiff Marshall & Stevens, Inc.'s Request for Admissions Filed. |
| 159 | Defendant's Disclosure of Expert Witness Filed. |
| 160 | Notice(s) of Hearing Filed. |
| 161 | Defendants Doster, Et al Disclosure of Expert Witnesses Filed. |
| 162 | Bondholders' Motion to Strike Defendant Marshall & Stevens Disclosure of Expert Witness Filed. |
| 163 | Memo in Support of Motion to Strike Disclosure of Expert Witnesses Filed. |
| 164 | Defendant Chlebowski and Frownfelter's Disclosure of Expert Witness Filed. |
| 165 | Defendant Union Planters Bank's Disclosure of Expert Witness Filed. Bondholders' Combined Opposition to Defendants Chlebowski, Frownfelter and Magna Bank's Motion to Dismiss Count XVI of the Second Amended Petition Filed. |
| 166 | Defendant/Third-Party Plaintiff Marshall & Stevens, Inc. Reply to Plaintiffs' Motion to Strike Disclosure of Expert Witness Filed. |
| 167 | Reply Memo in Support of Union Planters' Motion to Dismiss Count XVI of Plaintiffs' Second Amended Petition Filed. |
| 168 | Reply Memo in Support of Motion of Defendants Chlebowski and Frownfelter's Motion to Dismiss Count XVI of Plaintiff's Second Amended Petition Filed. |
| 169 | Defendant Union Planters Bank's Memo in Opposition to Plaintiff's Motion for |

|     | Class Certification Filed.                                                                                                                                                                                                                                                                                                                                                                  |
| --- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 170 | Bondholders' Motion to Quash Subpoena Duces Tecum Directed to Spencer Fane Britt & Browne Filed. Certificate of Attempt to Resolve Filed.                                                                                                                                                                                                                                                    |
| 171 | Bondholders' Supplemental Memorandum in Support of their Motion for Class Certification Filed.                                                                                                                                                                                                                                                                                               |
| 172 | Defendants Chlebowski, Frownfelter and Union Planters Bank NA's Motion to Dismiss Count XVI of Plaintiff's Second Amended Class Action Petition is Denied in Part and Granted in Part: Said Mtns are Denied as to the Issues of the Certificate of Fair Value and the Statute of Limitations. Said Motions are Granted as to the Issue of Punitive Damages Sought by Plaintiffs                  |
| 173 | Defendant/Third-Party Plaintiff Marshall & Stevens, Inc. and Deft Dosters and Doster, Robinson, James & Ullom PCS, Chlebowski's, Frownfelter's and Union Planters Bank's Disclosure of Expert Witness and Plaintiff's Motion to Strike Said Disclosures are set for Oral Argument on 9/20/01 to make a Testimonial Offer of Proof as to their Disclosed Experts.                               |
| 174 | Defendant Chlebowski and Frownfelter's Memo in Opposition to Plaintiff's Motion for Class Certification Filed.                                                                                                                                                                                                                                                                               |
| 175 | Cause Called for Hearing on Plf's Motion for Class Certification. on the Courts own Motion, Hearing is Adjourned to Afford Defts an Opportunity to Depose Gerald Greiman. Parties to File any Further Memoranda Concerning Offer of Proof Regarding Clark Cunningham's Testimony by 10/11/01.                                                                                                   |
| 175 | Case Set by Court 10/25/2001                                                                                                                                                                                                                                                                                                                                                                |
| 176 | Bondholders' Opposition to Marshall & Stevens' Motion for Leave to File Second Amended Third-Party Petition Filed.                                                                                                                                                                                                                                                                           |
| 177 | Third-Party Summons Issued to Third Party Defendant(s) #6 Jerome E Liss and Mailed to Attorney for Service by Out of State County Sheriff.                                                                                                                                                                                                                                                    |
| 178 | Third-Party Summons Issued to Third-Party Defendant(s) #7 Kenneth E. Schimpf Jr and Mailed to Attorney for Service by Out of State County Sheriff.                                                                                                                                                                                                                                           |
| 179 | Third-Party Summons Issued to Third-Party Defendant(s) #8 Tom Butenhoff and Mailed to Attorney for Service by Out of State County Sheriff.                                                                                                                                                                                                                                                    |
| 180 | Third-Party Summons Issued to Third-Party Defendant(s) #9 Mick McDermott and Mailed to Attorney for Service by Out of State County Sheriff.                                                                                                                                                                                                                                                   |
| 181 | Deft/Third Party Plf Marshall & Stevens' Reply Memo to Pltf's Opposition to Leave for Second Amended Third-Party Petition Filed.                                                                                                                                                                                                                                                             |

| 182 | Defendants Doster, et al.'s Motion to Permit the Testimony of Designated Expert or, in the Alt, to Permit Them to Make an Offer of Proof as to Such Designated Expert's Testimony and Their Memorandum in Support Thereof Filed. |
| --- | --- |
| 183 | Defendant Union Planters Bank's Motion to Reconsider Order Striking Expert Testimony Filed. |
| 184 | Bondholder's Opposition to Defts' Request to Make an Offer of Proof Regarding Issues of Law Filed. |
| 185 | Defendant Chlebowski's and Frownfelter's Memo in Support of Request to Submit Offer of Proof on Testimony of Professor Clark Cunningham Filed. |
| 186 | Deft/Third-Party Plaintiff Marshall & Stevens' Memo of Law Regarding Testimony by Designated Expert or Offer of Proof as to Designated Expert Testimony Filed. |
| 187 | Deft/Third-Party Pltf Suppl. Memo in Opposition to Class Action Certification Filed. |
| 188 | Request for Leave to File Memo Under Seal and One Day Out of Time Filed. |
| 189 | Certification(s) for Taxation of Cost Filed. |
| 190 | Defendant Union Planters' Supplemental Memo in Opposition to Pltfs Motion for Class Certification Filed. |
| 191 | Plaintiff's Opposition to Defendants Motion to Reconsider Filed. |
| 192 | Bondholders' Supplemental Memorandum in Support of Their Motion for Class Certification Filed. |
| 193 | Third-Party Plaintiff and Defendants Doster's Motion for Leave to File Second Amended Third-Party Petition is Granted. The Court Declines to Modify its Order #2 Dated 9/19/01 and Defendants Motions and Requests to Present an Offer of Proof w/ Regard to the Same are Denied. |
| 194 | Third-Party Plaintiff's and Defendant's Doster's Motion for Leave to File Second Amended Third-Party Petition is Granted. |
| 195 | Motion for Leave to File Memo Out of Time (Motion #20) Filed by Defendant(s) #1 Union Planters Bank. |
| 196 | Plaintiff's Motion for Class Certification Called and Partially Heard. Hearing Continued, to be Set. Case Set for Status Hearing on 11/28/01 |
| 197 | Certificate of Service Filed. |

14

| 198 | Union Planters Bank's Request for Admissions Filed. |
|-----|-----------------------------------------------------|
| 199 | Case Set by Court 1/10/2002 |
| 200 | Based on Division 41's Order and Judgment Dated 11/5/01 in Case No. 98CC01702, the Seal is Hereby Lifted on Documents Filed on 10/19 and 10/22/01 by Plaintiff's in this Case. |
| 201 | Liss Defendants' Motion to Dismiss Filed. |
| 202 | Memo in Support of Motion to Dismiss Filed. |
| 203 | Third-Party Defendant Schimpf and Butenhoff's Motion to Dismiss Filed. |
| 204 | Memo in Support of Motion to Dismiss Filed. |
| 205 | Third-Party Defendants' Motion for Protective Order Filed. |
| 206 | Plaintiff's Motion for Class Certification Heard and Taken Under Submission. All Parties to Submit any Supplemental Briefs by 3/11/02. All Parties to Submit a Proposed Order for the Courts Ruling on Plaintiff's Motion for Class Certification by 3/1//02. Defendant/Third-Party Plaintiff Marshall and Stevens to File any Response by 1/24/02. |
| 207 | Deft/Third-Party Plaintiff's Reply to Motions to Dismiss by Third-Party Defts Filed. |
| 208 | Third-Party Defts Schimpf and Butenhoff's Reply in Support of Their Motion to Dismiss Filed. |
| 209 | Bondholder's Request for a Four Day Extension Approved and Filed. |
| 210 | Defts Union Planters' et al. Joint Proposed Orders on Plaintiffs Motion for Class Certification Filed. |
| 211 | Defendants' Proposed Order on Plaintiffs' Motion for Class Certification Filed. |
| 212 | Defendant Union Planters Bank's Second Supplemental Memorandum in Opposition to Plaintiff's Motion for Class Certification Filed. |
| 213 | Defendant/Third-Party Pltf Marshall & Stevens Inc.'s Supplemental Brief in Opposition to Class Action Certification Filed. |
| 214 | Post-Hearing Memorandum of Defts Chlebowski and Frownfelter in Opposition to Plaintiffs' Motion for Class Certification Filed. |
| 215 | Corrected Bondholders' Supplemental Memo in Support of Their Motion for |

| | Class Certification Filed. |
|-----|-----|
| 216 | In Chambers Filing Memorandum Filed. |
| 217 | Bondholders' Reply Memo in Support of Their Motion for Class Certification and Proposed Order Filed. |
| 218 | Third-Party Defts Liss d/b/a Liss Financial Services, et al. Motion to Dismiss Third-Party Plaintiff Marshall and Stevens, Inc.'s Second Amended Third-Party Petition and Their Memo in Support and Third-Party Plaintiff's Reply Have Been Reviewed by the Court, Said Motion is Denied. |
| 219 | Third-Party Defts Schimpf, Jr. and Buttenhoff's Motion to Dismiss Third-Party Plaintiff's Second Amended Third-Party Petition and Their Memo in Support Has Been Reviewed by the Court. Third-Party Deft's Motion Presents Matters Outside the Pleadings and Therefore, the Court Shall Treat Motion as One for Summary Judgment. Third-Party Defendants are Granted to 6/9/03 to Present all Material Pertinent to Such Motion. |
| 220 | Plaintiff's Motion for Class Certification Heard and Reviewed by the Court. The Action Shall be Maintained as a Class Action Pursuant to MO Supp. Ct. R 52.08 and 52.08(b)(3). The Class Shall be Comprised as Per This Order. Notice Shall be Given by Plaintiff's Counsel to Members of the Class as Per Order Filed. Counsel for Plaintiff are Directed to Submit on or Before 15 Days from Date of Order, Proposed Forms et al. |
| 221 | Case Set by Court 5/21/2003 |
| 222 | Marshall & Stevens Answer to Third-Party Defts Counterclaim Filed. |
| 223 | Motion to Withdraw and Notice Filed. |
| 224 | Pltfs Motion to Substitute Counsel and Request for Status Conference with Notice of Hearing Filed. |
| 225 | Richard E. Greenberg Withdraws as Attorney for Third-Party Defendant(s) #1 J E Liss and Company Inc. on Third-Party Claim #001 |
| 225 | Richard E. Richard E. Greenberg Withdraws as Attorney for Third-Party Defendant(s) #2 Red Oak Financial Inc. on Third-Party Claim #001 |
| 226 | Pltfs Request for Additional Time to Respond to Deft Union Planters Bank First Request for Production of Documents and First Set of Interrogatories to Pltf. Filed. |
| 227 | Scheduling Conference Set by Court 2/7/2005 |

| 228 | Pltfs Granted 14 Days to File Objections and 30 Days to File Answers to Deft First Set of Interrogatories and First Request for Production of Documents to Pltfs. |
|-----|---|
| 228 | Case Set for Trial by Court 2/13/2006 |
| 229 | Case Set for Trial by Court 3/3/2005 1:30 p.m. Div. 13 |
| 229 | Case Set for Trial by Court 2/15/2005 |
| 230 | Deft/Third-Party Pltf. Marshall and Stevens Inc.'s Motion for Entry of Judgment Filed. |
| 231 | Notice(s) of Hearing Filed. |
| 232 | Notice of Filing of Relevant Pleadings Pertaining to Pending Motions of Third-Party Defts Schimpf and Butenhoff Filed. |
| 233 | Schmipf and Buttenhoff's Motion to Dismiss/Summary Judgment Called, Heard and Granted as Per Judgment Filed. |
| 234 | Motion to Disqualify Certain Class Representatives (Motion #21) Filed by Defendants. |
| 235 | Notice(s) of Hearing Filed. |
| 236 | Pltfs Objection(s) to Deft Union Planters Bank First Set of Interrogatories to Plaintiffs Filed. |
| 237 | Plaintiff's Objection(s) to Defendant Union Planters Bank 1st Request for Documents to Plaintiffs Filed. |
| 238 | Motion to Compel Discovery Responses (Motion #22) Filed by Defendant(s) #1 Union Planters Bank. |
| 239 | Pltfs are Given 75 Days to Respond to Marshall and Stevens Motion for Summary Judgment by 5/17/05. |
| 240 | Defendants Motion to Disqualify Certain Class Representatives (Motion #21) Without Trial Granted |
| 240 | Third-Party Defts Motion to Dismiss Third-Party Petition Filed by Deft/Third-Party Pltf. Union Planters Bank Called, Heard and Denied |
| 241 | Order of Referral to Alternative Dispute Resolution. The Parties Shall Participate in the Following ADR Program in Accordance with Local Rule 38: Mediation |

| 242 | Motion for Default Judgment (Motion #23) Filed by Defendant(s) #1 Union Planters Bank |
|-----|------|
| 243 | Memorandum Regarding Mediation Filed. |
| 244 | Notice(s) to Take Deposition Filed. |
| 245 | Motion for Rule 56.01 Protective Order (Motion #24) Filed by Defendant(s) #2 Marshall & Stevens Inc. |
| 246 | Notice(s) of Hearing Filed. |
| 247 | Notice(s) of Hearing Filed. |
| 248 | Deft Marshall & Stevens Motion for Protective Order Called, Heard and Denied. Copies Given to Carrie Wrisberg, Gary Sarachan, Mark Goodman. |
| 249 | Defendant Marshall & Stevens Inc.'s Objection(s) to Plaintiff's Exhibit 1 of Notice of Deposition Filed. |
| 250 | Deft Withdraws its Motion for Summary Judgment and Supporting Memo of Law Previously Filed on or About 6/9/03. |
| 251 | Deft Marshall and Stevens First Amended Motion for Summary Judgment Filed. |
| 252 | Deft Marshall and Stevens First Amended Memo of Law in Support of its M/ Summary Judgment Filed. |
| 253 | Exhibits to Motion for Summary Judgment and Memo of Law Filed. |
| 254 | Motion to Compel Discovery Responses (Motion #25) Filed by Defendant(s) #1 Union Planters Bank. |
| 255 | Motion for Leave to File Plaintiffs Third Amended Class Action Petition. (Motion #26) Filed by Plaintiff(s). |
| 256 | Plaintiffs Proposed Third Amended Class Action Petition Filed. |
| 257 | Case Set by Court 6/2/2005 |
| 257 | Case Set by Court 7/22/2005 |
| 258 | Motion in Opposition to Plaintiffs' Third Amended Petition. (Motion #27) Filed by Defendant(s) #2 Marshall & Stevens Inc. |
| 259 | Plaintiff(s) Motion for Leave to File Plaintiffs Third Amended Class Action Petition. (Motion #26) Without Trial Granted. |

18

| 259 | Defts Granted Until 7/5/05 Additional Time to Move, Answer to Third Amended Petition |
|---|---|
| 259 | Deft Granted Until 7/5/05 Additional Days to File Motion for Summary Judgment. |
| 259 | Plaintiff's Granted Until 8/15/05 Additional Days to File Response to Summary Judgment. |
| 259 | Marshall Stevens Granted Until 8/30/05 Additional Days to File Reply to Summary Judgment. |
| 259 | Case Set by Court 9/01/2005 |
| 260 | Certificates of Service Filed. |
| 261 | 6/7/05 Third Amended Class Action Petition. |
| 262 | Index of Documents Missing From Docket. |
| 263 | Documents File Stamped, But Not on Docket (A-Z) |
| A | 01/04/01     Notice of Change of Change of Name for Plaintiffs Counsel to Spencer Fane Britt & Browne LLP |
| B | 02/28/01     Defendant Marshall & Stevens Motion to Amend the Proposed Scheduling Order |
| C | 07/02/01     Defendant Union Planters request for additional (11) days to 7/11/2001 to Respond to Bondholders' Second Request for Production of Documents granted |
| D | 05/21/03     Status Conference held with all parties |
| E | 06/02/03     Notice of Pendency of Class Action |
| F | 06/06/03     Union Planters Memorandum in Opposition to Motion to Dismiss Third Party Petition |
| G | 06/09/03     Union Planters Motion to Amend Definition of Class |
| H | 06/09/03     Defendant Marshall & Stevens Motion for Summary Judgement and Memo of Law in Support of its Motion for Summary Judgment |
| I | 06/09/03     Third Party Defendants' Schimpf and Buttenhoff's Motion for Summary Judgement, Statement of Uncontroverted Material Facts |

| J | 06/09/03      Third Party Defendants' Schimpf and Butenhoff's Memo in Support of their Motion for Summary Judgment |
|---|---|
| K | 06/10/03      Defendants/Third-Party Plaintiffs Michael Doster and Doster, Robinson, James & Ullom's Response to the Motion of Third-Party Defendants J.E. Liss & Company, Jerome Liss, Kenneth Schimpf, Jr., Tom Butenhoff's Motion to Dismiss the Second Amended Third-Party Petition |
| L | 06/16/03      Union Planters Objections to Proposed Notice to Class |
| M | 06/17/03      Defendant Marshall & Stevens Motion to Join and Adopt Union Planters Objections to Proposed Notice to Class |
| N | 07/22/03      Third Party Defendants Schimpf and Butenhoff's Reply in Support of their Motion for Summary Judgment |
| O | 6/16/03      Defendants/Third-Party Plaintiffs Michael Doster and Doster, Robinson, James & Ullom's Joinder in the Objections of Union Planters to Plaintiff's Proposed Notice of Class Action |
| P | 08/25/03      Request for Extension of Time to Oppose Motion for Summary Judgment |
| Q | 09/04/03      Defendant/Third-Party Plaintiff Marshall & Stevens' Memo of Law in Support of its Motion for Summary Judgment |
| R | 09/08/03      Defendant/Third-Party Plaintiff Marshall & Stevens' Motion for Summary Judgment Against Third-Party Defendants |
| S | 09/30/03      Third-Party Defendants J.E. Liss & Co. and Red Oak Financial's Motion for Additional Time |
| T | 10/20/03      Substitution of Appearance on Behalf of Defendant Union Planters |
| U | 11/24/04      Case Continued to 1/14/05 at 1:30 pm for Status/Scheduling Conference |
| V | 11/24/04      ORDER – Plantiffs Motion to Substitute Counsel called and heard. The motion of Greiman, Conlisk, and Spencer Fane to withdraw granted. The motion of Mark Goodman, Gary Sarachan, and Cyres, Sokol, Goodman & Sarachan, PC to enter as attorneys for Plaintiff class is granted |
| W | 01/10/05      ORDER - Status Conference on 1/14/05 at 1:30 pm is continued to be reset, case reassigned to another division |
| X | 02/14/05      Notice of Filing Relevant Pleadings Pertaining to Pending |

| | Motions of Third Party Defendants Schimpf and Butenhoff |
|---|---|
| Y | 02/23/05      Letter from Carrie Wrisberg enclosing copies and a list of all pleadings filed with the court between May 2003 to present not reflected in court minutes |
| Z | 02/24/05      Letter from Michael Clithero enclosing copies of Pleadings relating to Liss Defendants' Motion to Dismiss Union Planter Third Party Petition to Hon. Barbara Wallace |
| 264 | Consent to Removal of Marshall & Stevens, Inc. |
| 265 | Consent to Removal of Michael J. Doster and Doster, Robinson, James, Hutchison & Ullom, P.C. |
| 266 | Consent to Removal of Robert A. Chlebowski and Lynette A. Frownfelter |
| 267 | Order with Respect to Debtors' Objection to the Allowance of Claims Seeking to Disallow and Expunge Claims of the Arch Leasing Bondholders |
| 268 | Order with Respect to Debtors' Motion for Summary Judgment upon Debtors' Objection to the Claims of the Arch Leasing Corporation Trust Bondholders |
| 269 | Order Confirming Second Amended and Restated Plan of Reorganization, as Modified, of Unicapital Corporation and Debtor Subsidiaries under Chapter 11 of the Bankruptcy Code. |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused a copy of the foregoing to be served by electronic transmission and/or first-class, U.S. mail, postage prepaid, the /5ᵗʰ day of June, 2005, as indicated below.

Gary Sarachan
Mark Goodman
Capes, Sokol, Goodman & Sarachan, P.C.
7701 Forsyth Blvd., Suite 400
St. Louis, MO 63105
Fax: (314) 721-0554
*Attorneys for Plaintiffs*

Brian R. Plegge
Carrie Wrisberg
Moser & Marsalek, P.C.
200 North Broadway, Suite 700
St. Louis, MO 63102
Fax: (314) 421-5640
*Attorneys for Defendant/Third-Party Plaintiff*
*Marshall & Stevens, Inc.*

Frank Susman
Kenneth Newman
Andrew D. Dillon
Gallop, Johnson & Neuman, L.C.
101 S. Hanley Road
St. Louis, MO 63105
Fax:(314) 615-6001
*Attorneys for Defendant Michael J. Doster*
*and Defendant/Third-Party Plaintiff Doster,*
*James, Hutchinson & Ullom, P.C.*

Martin M. Green
David T. Butsch
Green, Schaaf & Jacobson, P.C.
7733 Forsyth Blvd., Suite 700
St. Louis, MO 63105
Fax: (314) 862-1606
*Attorneys for Defendants Robert Chlebowski*
*and Lynne Frownfelter*

J.E. Liss & Company, Inc. c/o Jerome Liss;
Liss Financial Services c/o Jerome Liss;
Red Oak Financial, Inc. c/o Jerome Liss; and
Jerome Liss
5390 Sandy Beach Ln.
Belgium, WI 53004
*Unrepresented or Pro se*

By: _____
John C. Basp, #4125
Michael A. Clithero, #2829
Geoffrey G. Gerber, #94478
BLACKWELL SANDERS PEPER MARTIN LLP
720 Olive Street
St. Louis, MO 63101
(314) 345-6000
Fax: (314) 345-6060
*Attorneys For Defendant Union Planters*
*Bank, N.A.*