# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| EAST MAINE BAPTIST CHURCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNION PLANTERS BANK, N.A., et al., )<br>)<br>Defendants. ) | No. 4:05-CV-962 CAS |

## ORDER

The Court having granted in part and denied in part defendant Regions Bank's Motion to Decertify the Class Action, defendant Marshall & Stevens, Inc.'s Motion to Decertify the Class Action, and defendants Michael J. Doster, Doster, Robinson, James, Hutchison & Ullom, P.C.'s Motion to Decertify the Class Action on February 15, 2007, the Court denies as moot Plaintiffs' Motion for Prehearing Conference or, Alternatively, for Appointment of a Master (Doc. 28).

Plaintiffs' motion sought a prehearing conference to determine the form and content of the notice of class action to be issued pursuant to Federal Rule 23(c), or alternatively for the appointment of a master for purposes of determining the form and content of this notice. On February 15, 2007, this Court issued a Memorandum and Order decertifying Counts XIX, XX, XVI, and XVIII of the Third Amended Petition. The Court further ordered that class counsel shall file a motion for appointment as class counsel pursuant to Rule 23(g). This ruling and the Court's future ruling on plaintiffs' motion for appointment of class counsel will affect the form and content of the notice of class action to be issued pursuant to Rule 23(c).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' Motion for Prehearing Conference or, Alternatively, for Appointment of a Master (Doc. 28), is **DENIED as moot** without prejudice.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 16th day of February, 2007.