**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| EAST MAINE BAPTIST CHURCH, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>REGIONS BANK, et al., )<br>)<br>Defendants. ) | No. 4:05-CV-962 CAS |

## ORDER

This matter is before the Court on the motion of plaintiff Susan Duever to approve the appointment of attorneys Paul E. Kovacs, Jay A. Summerville, and Armstrong Teasdale LLP as additional class counsel. No opposition has been filed to the motion. For the following reasons, the Court will grant the motion.

On October 12, 2007, the Court entered a Memorandum and Order directing plaintiffs to retain additional (or substitute) counsel to cure the conflict of interest of Capes Sokol in accordance with the Order and to file a motion for appointment as class counsel. See Doc. 144.

Based on plaintiff's motion for appointment of additional class counsel, the Court finds that Mr. Kovacs and Mr. Summerville have each practiced before the Court for more than thirty years. Additionally, Mr. Summerville has substantial experience in representing parties in class action lawsuits. Both attorneys have read the Court's Memorandum and Order dated October 12, 2007, and have represented that they will diligently and expeditiously carry out the responsibilities of class counsel as outlined in that order. Further, the attorneys have represented that they will cooperate

with existing plaintiffs' counsel to vindicate the interests of the class to the mutual benefit of all members, without compromising their duties of fidelity to the class.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Susan Duever's Motion for Appointment of Additional Class Counsel is **GRANTED**. [Doc. 148]

**IT IS FURTHER ORDERED** that attorneys Paul E. Kovacs and Jay A. Summerville of Armstrong Teasdale, LLP shall be added to the docket as attorneys for plaintiffs' class.

**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this ___14th___ day of January, 2008.