August 26, 2008

PAGE 1
Prebill Number: 1469574

*Armstrong* Teasdale *LLP*

Client/Matter #: 28357/1
Duever, Susan / East Maine Baptist Church v. Regions Ban

Matter Type: Litigation/Fraud
Matter Status: OPEN – Open/Active Matter

Time Date Range: 00/00/00 - 08/26/08
Cost Date Range: 00/00/00 - 08/26/08

Matter Opened On: 12/28/07
Bill Frequency: Y – Bill on Request - Monthly Review

Prebill Attorney: 0171 – P. Kovacs
Secretary: Coleman, Tammy
Billing Coordinator: Marti, Kristen M.

Client Mgr: 0171 – P. Kovacs
Project Mgr: 0057 – J. Summerville

Duever, Susan
1505 LaDina Place
Ellisville, MO 63011-2030

**\*\* PLEASE REVIEW PREBILLS CAREFULLY \*\***

ALL STATUS LETTERS TO BE MAILED WITH INVOICES MUST BE SIGNED AND SENT TO ACCOUNTING WITH THE EDITED PREBILL

No Form Letters Allowed with Invoices - No Second Review

### FEES SUMMARY

| Timekeeper Name | Tkpr # | Billable Hours | No Charge Hours | Total Hours | Rate | Value | Amount to Bill |
|---|---|---|---|---|---|---|---|
| Covington, Brent | 0268 | 36.20 | 0.00 | 36.20 | 210.00 | 7,602.00 | |
| Finan, Sara | 0270 | 0.80 | 0.00 | 0.80 | 210.00 | 168.00 | |
| Knutson, Katherine | 0569 | 3.40 | 0.00 | 3.40 | 125.00 | 425.00 | |
| Kovacs, Paul | 0171 | 23.50 | 0.00 | 23.50 | 450.00 | 10,575.00 | |
| LeMoine, Bruce | 0227 | 25.60 | 0.00 | 25.60 | 240.00 | 6,144.00 | |
| Summerville, Jay | 0057 | 62.40 | 0.00 | 62.40 | 445.58 | 27,804.00 | |
| | | | | **151.90** | Total Unbilled Fees: | **52,718.00** | |

### DISBURSEMENT SUMMARY

| Type | Type Description | Value | Amount to Bill |
|---|---|---|---|
| 00010 | Long Distance Telephone | 8.56 | |
| 00020 | Fax Charges | 4.50 | |
| 00040 | Copying Expense | 13.05 | |
| 00090 | Database Search - Westlaw | 273.60 | |
| 00095 | Database Search | 33.93 | |
| 00165 | UPS Overnight Delivery | 25.26 | |
| 00550 | Travel Expense | 818.12 | |
| 00560 | Filing Fees | 39.00 | |
| 00570 | Court Reporter Fee | 634.55 | |
| 00640 | Associate Counsel Fees & Expenses | 3,188.30 | |
| | Total Unbilled Disbursements: | **5,038.87** | |

EXHIBIT A

Armstrong Teasdale LLP

August 26, 2008

PAGE 2
Prebill Number: 1469574

## DISBURSEMENT SUMMARY

TOTAL UNBILLED FEES AND DISBURSEMENTS: 57,756.87

## FEES DETAIL

| Date | Tkpr | Type Description | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|---|
| 12/10/07 | Kovacs | | Extensive telephone conferences; receive and review court order and studies. | NA | 2.30 | 1,035.00 | 7026606 |
| 12/10/07 | Summerville | | Review memorandum and order of District Court on class counsel conflict issues; litigation conference re new representation. | NA | 0.40 | 164.00 | 7027458 |
| | | | PREBILL COMMENTS: *Kovacs East Main v. Regions Bank* | | | | |
| 12/12/07 | Kovacs | | Telephone conference; schedule meeting. | NA | 0.20 | 90.00 | 7029584 |
| 12/18/07 | Kovacs | | Conference with Susan Duever. | NA | 0.80 | 360.00 | 7035751 |
| 12/18/07 | Summerville | | Meeting with new client (S. Duever); litigation conference. | NA | 0.60 | 246.00 | 7036061 |
| 12/19/07 | Kovacs | | Open file; review and revise engagement letter. | NA | 0.80 | 360.00 | 7037891 |
| 12/19/07 | Summerville | | Prepare draft engagement letter to S. Duever. | NA | 0.40 | 164.00 | 7037678 |
| 12/21/07 | Summerville | | Conference with S. Duever; edit engagement letter and re-transmit to client. | NA | 0.30 | 123.00 | 7040722 |
| 12/26/07 | Kovacs | | Review and revise pleadings; telephone conferences. | NA | 0.70 | 315.00 | 7044547 |
| 12/26/07 | Summerville | | Emessage exchange and conference with G. Sarachan; draft entries of appearance and motion for appointment of class counsel; review prior pleadings, including parties' motions for summary judgment and notices of settlement from court file (Pacer). | NA | 2.20 | 902.00 | 7044098 |
| 12/27/07 | Summerville | | Review all docket entries on Pacer and key pleadings, motions and rulings. | NA | 1.50 | 615.00 | 7044256 |
| 12/28/07 | Summerville | | Internet research on J. E. Liss and Company, Inc. | NA | 0.80 | 328.00 | 7045817 |
| 12/31/07 | Summerville | | Receipt and review of email from S. Duever; finalize and attend to filing entries of appearance and Motion for Appointment of Additional Class Counsel. | NA | 0.70 | 287.00 | 7047244 |
| 01/02/08 | Kovacs | | Emails regarding J.E. Liss; conferences; receive and review Dun & Bradstreet report; | NA | 0.90 | 405.00 | 7050730 |

**Armstrong Teasdale LLP**

August 26, 2008

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| | | telephone conferences. | | | | |
| 01/02/08 | Summerville | Conferences with G. Sarachan, John Rasp, Judge Shaw's Clerk re motion for appointment of additional class counsel, procedure strategy; litigation conference; obtain Dun & Bradstreet information and publicly available information re Liss. | NA | 1.20 | 540.00 | 7050884 |
| 01/03/08 | Kovacs | Telephone conferences. | NA | 0.20 | 90.00 | 7051011 |
| 01/03/08 | Summerville | Conferences with J. Rasp; litigation conference; review engagement letter for potential disclosure. | NA | 0.40 | 180.00 | 7051327 |
| 01/04/08 | Summerville | Conference with G. Sarachan re motions for appointment of counsel, potential Rule 16 Conference; litigation conference; review and analysis of Capes Sokol's Motion for Appointment and Memo in Support; litigation conference. | NA | 0.50 | 225.00 | 7053124 |
| 01/18/08 | Kovacs | Conferences regarding Court's Order and follow up. | NA | 0.30 | 135.00 | 7068749 |
| 01/19/08 | Summerville | Review court order appointing Jay A. Summerville and Paul E. Kovacs as additional claims counsel. | NA | 0.20 | 90.00 | 7070783 |
| 01/21/08 | Summerville | Review court order appointing additional counsel; litigation conference re next steps; review Judge Shaw's original order re duties of additional counsel. | NA | 0.50 | 225.00 | 7071266 |
| 01/22/08 | Kovacs | Telephone conferences and conferences regarding strategy. | NA | 0.20 | 90.00 | 7071459 |
| 01/23/08 | Summerville | Conference with Court Clerk re possible Rule 16 scheduling conference. | NA | 0.30 | 135.00 | 7074712 |
| 01/24/08 | Summerville | Voice message to Judge's clerk re Rule 16 conference request; analyze potential claim against Greiman. | NA | 0.80 | 360.00 | 7076705 |
| 01/25/08 | Summerville | Voice message from Court Clerk replying to inquiry about Rule 16 Scheduling Conference. | NA | 0.10 | 45.00 | 7077017 |
| 01/28/08 | Summerville | Voice message to G. Sarachan; conference with M. Goodman re message from Judge Shaw's clerk; conference with M. Goodman; review federal rules re default judgments. | NA | 0.60 | 270.00 | 7078157 |
| 01/31/08 | Summerville | Review and analysis of Third Amended Complaint and other substantive pleadings previously | NA | 0.30 | 135.00 | 7083002 |

**Armstrong Teasdale LLP**

August 26, 2008

PAGE 4
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| | | filed in case; review and analysis of Missouri Supreme Court case on Writ of Prohibition; analysis of potential claims against Spencer Fane and analysis of procedure for default judgment against Liss defendants; review and analysis of court order granting Capes Sokol's Motion for Appointment as Class Counsel; email exchanges with G. Sarachan and M. Goodman re meeting to plan proposed Schedule. | | | | |
| 02/01/08 | Summerville | Email exchanges with G. Sarachan re scheduling issues and proposed meeting among counsel; litigation conferences; review draft schedule for completing class settlement. | NA | 0.70 | 315.00 | 7089033 |
| 02/02/08 | Summerville | Receipt and review of emessage from J. Rasp with proposed agenda and schedule. | NA | 0.20 | 90.00 | 7089106 |
| 02/04/08 | Summerville | Receipt and review of emessages from J. Rasp with draft Settlement Agreement, Class Action Settlement pleadings and notices, revised proposed schedule; litigation conference. | NA | 2.80 | 1,260.00 | 7090921 |
| 02/05/08 | Kovacs | Review Scheduling Order; conference regarding proposed changes. | NA | 0.60 | 270.00 | 7089277 |
| 02/05/08 | Summerville | Meeting with G. Sarachan, M. Goodman and S. Greenbaum re timetable, procedure for effecting settlement, and responsibilities of Additional Class Counsel; litigation conference; work on draft default motion. | NA | 3.20 | 1,440.00 | 7091548 |
| 02/06/08 | Covington | Research and analysis of procedure for asking Court to certify default judgment as final for purposes of appeal and standard for same; meet with J. Summerville re same; research and analysis of whether interlocutory default judgment can be executed. | NA | 2.30 | 483.00 | 7094161 |
| 02/06/08 | Summerville | Research assignment to associate on executing an interlocutory default judgment, certification of default as final, post-judgment discovery, and legal theories for recoupment of Liss fees paid to conflicted counsel; work on motion for entry of default and motion for entry of default judgment. | NA | 2.80 | 1,260.00 | 7093687 |
| 02/07/08 | Kovacs | Miscellaneous telephone conferences and emails. | NA | 0.50 | 225.00 | 7100863 |
| 02/07/08 | Summerville | Prepare Motion for Entry of Default; receipt and review of CPA Affidavit re damages, emessage from G. Sarachan. | NA | 1.50 | 675.00 | 7093740 |

*Armstrong* Teasdale *LLP*

August 26, 2008

PAGE 5
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 02/08/08 | Covington | Research and analysis of case law re requirements for certifying default judgment as final so that execution can begin. | NA | 0.40 | 84.00 | 7095110 |
| 02/08/08 | Covington | Draft motion to certify default judgment as final and memorandum in support of same; research and analysis of applicability of state judgment rate of interest in federal court. | NA | 2.50 | 525.00 | 7095112 |
| 02/08/08 | Summerville | Review amended proposed schedule and emessages from counsel; conference with J. Rasp; transmit executed joint schedule; conference with G.Sarachin re damages computation; edit and attend to filing Motion for Entry of Default against Liss Defendants; work on motion for entry of judgment for damages. | NA | 2.50 | 1,125.00 | 7096254 |
| 02/09/08 | Covington | Revise motion to certify default judgment as final and memorandum in support of same. | NA | 0.70 | 147.00 | 7095115 |
| 02/09/08 | Summerville | Work on Memo in Support of Motion for Entry by Clerk of Judgment for Damages Against Liss Defendants. | NA | 3.30 | 1,485.00 | 7096287 |
| 02/10/08 | Covington | Research and analysis of judgment rate applied to claim for prejudgment interest on pendent or supplemental state claims brought in federal court. | NA | 0.60 | 126.00 | 7095121 |
| 02/11/08 | Covington | Revise motion to certify default judgment and memorandum in support. | NA | 0.40 | 84.00 | 7102485 |
| 02/11/08 | Summerville | Litigation conference re interest rate for prejudgment interest under Court's supplemental jurisdiction; edit and revise Motion for Entry of Default Judgment, Memorandum in Support, Declaration of J. Summerville, proposed Clerk's Order for entry of default and entry of default judgment; conference with G. Giriman, conference with Court clerk. | NA | 2.80 | 1,260.00 | 7097697 |
| 02/12/08 | Summerville | Receipt and review of order of clerk entering default; litigation conference; conference with G. Greiman, edit and revise Motion to Certify Default Judgment as final. | NA | 0.80 | 360.00 | 7100353 |
| 02/13/08 | Covington | Revise motion to certify default judgment as final and memorandum in support; draft proposed order granting motion. | NA | 1.00 | 210.00 | 7102522 |
| 02/13/08 | Summerville | Receipt and review of Clerk's Order Denying Motion for Entry of Judgment and Ordering | NA | 2.80 | 1,260.00 | 7100436 |

*Armstrong Teasdale LLP*

August 26, 2008

PAGE 6
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 02/14/08 | Covington | Refiling for Court; edit, revise and attend to refiling of Motion for Entry of Default Judgment and Memorandum in Support; edit and revise Motion for Certification of Judgment as final and Memorandum in Support; conference with G. Greiman; conference with G. Sarachan. | NA | 0.50 | 105.00 | 7102561 |
| 02/14/08 | Summerville | Finalize motion to certify default judgment as final and memorandum in support of same; finalize proposed order granting motion to certify; file same. | NA | 1.70 | 765.00 | 7102508 |
| 02/15/08 | Covington | Finalize and attend to filing Motion to Certify Default Judgment as Final and Memo in Support; Status Report Letter to S. Duever; receipt and review of Court Order setting schedule; docket deadlines. | NA | 0.90 | 189.00 | 7103303 |
| 02/15/08 | Summerville | Research and analysis of elements of constructive trust for breach of fiduciary duty. | NA | 1.20 | 540.00 | 7103835 |
| 02/18/08 | Covington | Conference with J. Rasp re motion for approval of settlement; attempt to reach G. Greiman re meeting; analysis of potential theories for recoupment of Greiman's fees. | NA | 6.70 | 1,407.00 | 7106523 |
| 02/18/08 | Summerville | Research and analysis of ability to recover attorneys' fees paid to class action attorney who had conflict of interest adverse to class, specifically under constructive trust theory applied to unjust enrichment, money had and received and breach of fiduciary duty; research and analysis of whether such a claim would have supplemental federal jurisdiction. | NA | 1.20 | 540.00 | 7107756 |
| 02/19/08 | Covington | Receipt and review of emessage from J. Rasp with updated Settlement documents; conference with associate re legal research on possible recoupment of fees from original class counsel. | NA | 3.40 | 714.00 | 7106524 |
| 02/19/08 | Kovacs | Research and analysis of ability to recover attorneys' fees paid to class action attorney who had conflict of interest adverse to class, specifically under constructive trust theory applied to unjust enrichment; research and analysis of whether such a claim would have supplemental federal jurisdiction; meeting re same with P. Kovacs. | NA | 2.70 | 1,215.00 | 7106935 |
| 02/19/08 | Summerville | Receive and review extensive documents; telephone conferences and emails; prepare for 2/19/08 meeting. Litigation conference re research on possible recoupment of attorney fees from original class | NA | 1.30 | 585.00 | 7107770 |

*Armstrong Teasdale LLP*

August 26, 2008

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 02/20/08 | Kovacs | counsel; review emessage from G. Greiman and Supreme Court briefs attached with background information re class representation. Appearance at Spencer Fane for meeting with Greiman; return to office. | NA | 2.20 | 990.00 | 7109285 |
| 02/20/08 | Summerville | Review of briefs and written materials supplied by G. Greiman; meeting with G. Greiman; litigation conference re potential causes of action for recoupment of attorney fees; conference with G. Sarachan. | NA | 2.50 | 1,125.00 | 7108704 |
| 02/21/08 | Summerville | Litigation conference; conference with associate re briefing report to court on fee recoupment issue. | NA | 0.50 | 225.00 | 7110303 |
| 02/22/08 | Kovacs | Extensive telephone conferences. | NA | 0.50 | 225.00 | 7112654 |
| 02/22/08 | Summerville | Litigation conference re attorney fee recoupment issue. | NA | 0.20 | 90.00 | 7111223 |
| 02/25/08 | Summerville | Receipt and review of letter from G. Greiman together with his time records and expense records. | NA | 1.20 | 540.00 | 7112979 |
| 02/26/08 | Kovacs | Receive and review correspondence; review documents; conference with Jay Summerville. | NA | 0.80 | 360.00 | 7114418 |
| 02/26/08 | Summerville | Analysis of Greiman letter; evaluation of legal authorities cited by Greiman. | NA | 0.70 | 315.00 | 7114748 |
| 02/27/08 | Covington | Review cases cited in Gerald Greiman's letter re disgorgement of fees; research and analysis of case law re disgorgement of fees where attorney has conflict of interest. | NA | 1.60 | 336.00 | 7115712 |
| 02/28/08 | Covington | Research and analysis of Missouri law on denial of attorneys' fees where attorney disqualified from representation due to conflict of interest; meeting with J. Summerville re same. | NA | 2.10 | 441.00 | 7117158 |
| 02/29/08 | Covington | Outline report to Court re research on theories by which plaintiff class might recover attorneys' fees paid to Spencer Fane. | NA | 0.30 | 63.00 | 7119475 |
| 02/29/08 | Summerville | Receipt and review of plaintiff's motion for preliminary settlement approval and stipulation of settlement and related documents; review Greiman billing records and litigation conference re report to court on recoupment issue. | NA | 0.80 | 360.00 | 7121317 |

*Armstrong Teasdale LLP*

August 26, 2008

PAGE 8
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 03/06/08 | Summerville | Receipt and review of court orders. | NA | 0.30 | 135.00 | 7130280 |
| 03/07/08 | Kovacs | Receive and review court orders. | NA | 0.30 | 135.00 | 7130144 |
| 03/11/08 | Kovacs | Receive and review court filings. | NA | 0.30 | 135.00 | 7133070 |
| 03/11/08 | Summerville | Receipt and review of J. Rasp memo in support of preliminary settlement approval and affidavit in support. | NA | 0.40 | 180.00 | 7135024 |
| 03/12/08 | Summerville | Review responses of Doster firm and Marshall & Stevens to Motion for Preliminary Approval. | NA | 0.40 | 180.00 | 7135189 |
| 03/13/08 | Kovacs | Extensive telephone calls; receive and review court orders. | NA | 0.90 | 405.00 | 7138227 |
| 03/13/08 | Summerville | Receipt and review of court's order denying as moot the motion for entry of judgment of damages against Liss defendants; conference re report to court on attorney fee recoupment issue. | NA | 0.50 | 225.00 | 7136290 |
| 03/19/08 | Covington | Draft report to Court detailing investigation and research results; meeting with J. Summerville re same; review conflict of interest briefing before Missouri Supreme Court. | NA | 4.90 | 1,029.00 | 7142587 |
| 03/19/08 | Summerville | Litigation conference re report to court on recoupment of fees issue. | NA | 0.40 | 180.00 | 7143655 |
| 03/20/08 | Covington | Draft report to court on investigation and research of theories to recover fees paid to Spencer Fane. | NA | 2.80 | 588.00 | 7143898 |
| 03/21/08 | Covington | Review class action complaint; draft report to court re investigation and research results into recovering fees paid to former class counsel; discuss same with J. Summerville. | NA | 2.80 | 588.00 | 7145547 |
| 03/21/08 | Summerville | Review, edit and revise associate's draft report to court on recoupment of attorney fees; litigation conference. | NA | 1.00 | 450.00 | 7146149 |
| 03/24/08 | Covington | Meeting with J. Summerville and P. Kovacs to discuss report to Court; revise same. | NA | 0.40 | 84.00 | 7147543 |
| 03/24/08 | Kovacs | Review and revise pleadings; conference regarding suggested changes. | NA | 1.50 | 675.00 | 7147267 |
| 03/24/08 | Summerville | Litigation conference re report to court on attorney fee recoupment issues. | NA | 0.40 | 180.00 | 7148019 |
| 03/25/08 | Covington | Revise report to court on investigation and research into theories to obtain reimbursement of | NA | 1.50 | 315.00 | 7148950 |

**Armstrong Teasdale LLP**

August 26, 2008

PAGE 9
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| | | fees paid to Spencer Fane. | | | | |
| 03/25/08 | Kovacs | Review and revise supplemental draft of "Report to the Court". | NA | 1.10 | 495.00 | 7149371 |
| 03/25/08 | Summerville | Review, edit and revise redraft of report to court; conference with associate re draft; review Capes Sokol's Response to Proposed Scheduling Order. | NA | 0.50 | 225.00 | 7149105 |
| 03/26/08 | Kovacs | Receive and review Memorandum of Law; telephone conferences. | NA | 0.80 | 360.00 | 7150718 |
| 03/27/08 | Kovacs | Telephone conferences and conference call; review and revise report. | NA | 1.00 | 450.00 | 7152054 |
| 03/27/08 | Summerville | Two conferences with M. Goodman; emessage exchanges with G. Sarachan; conference with G. Sarachan, M. Goodman and G. Greenbaum re upcoming hearing, proposed report to court. | NA | 0.60 | 270.00 | 7152074 |
| 03/28/08 | Kovacs | Review and review report; telephone conferences. | NA | 0.60 | 270.00 | 7154260 |
| 03/28/08 | Summerville | Edit and finalize report to court on recoupment of fees; emessage to Capes Sokol; conference with S. Greenbaum. | NA | 0.30 | 135.00 | 7154523 |
| 04/02/08 | Covington | Revise report to court and prepare exhibits for same. | NA | 0.10 | 21.00 | 7162205 |
| 04/02/08 | Kovacs | Conference and review documents in preparation for April 3, 2008, hearing. | NA | 1.80 | 810.00 | 7162648 |
| 04/02/08 | Summerville | Litigation conference; prepare for hearing tomorrow; finalize report for court. | NA | 0.50 | 225.00 | 7162687 |
| 04/03/08 | Covington | Revise and finalize report to court re legal theories against Spencer Fane for recovery of attorneys fees. | NA | 0.30 | 63.00 | 7162219 |
| 04/03/08 | Kovacs | Appearance in court; present report. | NA | 1.50 | 675.00 | 7162655 |
| 04/03/08 | Summerville | Litigation conference; court appearance on preliminary approval; conferences with M. Goodman and G. Sarachan; conference with court clerk re posting of report to court on recoupment issue; email exchange with S. Greenbaum; conference with J. Rasp. | NA | 1.50 | 675.00 | 7162709 |
| 04/04/08 | Summerville | Emessage exchange with S. Greenbaum re report to court; conference with attorney for Regions re report to court. | NA | 0.20 | 90.00 | 7165401 |
| 04/10/08 | LeMoine | Conference with J. Summerville re default judgment against Jerome Liss, et al.; research re | NA | 0.70 | 168.00 | 7170139 |

**Armstrong Teasdale LLP**

August 26, 2008

PAGE 10
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 04/10/08 | Summerville | Receipt and review of court's memorandum and order reconsidering and granting motion for default judgment of damages and motion to certify as final; litigation conference re collection strategy; emessage exchange with G. Sarachan. | NA | 0.60 | 270.00 | 7171501 |
| 04/11/08 | LeMoine | Conference with P. Lucey re Wisconsin judgment debtor examination statute and procedure; review Wisconsin statute re same. | NA | 0.50 | 120.00 | 7184554 |
| 04/11/08 | LeMoine | Meeting with J. Summerville re Wisconsin judgment debtor examination procedure. | NA | 0.50 | 120.00 | 7184555 |
| 04/11/08 | Summerville | Litigation conference re contacts with Milwaukee firm, strategy for post-judgment collection discovery and efforts. | NA | 0.50 | 225.00 | 7173404 |
| 04/16/08 | Summerville | Litigation conference re procedure and strategy for pursuing collection of default judgment. | NA | 0.30 | 135.00 | 7178439 |
| 04/17/08 | Summerville | Conference with S. Greenbaum and M. Goodman re plan and strategy for investing collectibillity of default judgment against Liss defendants. | NA | 0.20 | 90.00 | 7178346 |
| 04/21/08 | Summerville | Litigation conference re collection efforts and strategy. | NA | 0.20 | 90.00 | 7181653 |
| 04/22/08 | Summerville | Litigation conference re collection efforts/strategy. | NA | 0.20 | 90.00 | 7186688 |
| 05/05/08 | Knutson | Conversation with B. LeMoine re Certification of Judgement; telephone correspondence with Court clerk re same. | NA | 0.80 | 100.00 | 7206033 |
| 05/05/08 | LeMoine | Conference with P. Lucey re registration of judgment in Wisconsin; conference with Wisconsin federal clerk re same; review federal rules and statute re same; conference with Eastern District clerk re same; meeting with K. Knutson and S. Finan. | NA | 3.10 | 744.00 | 7203052 |
| 05/06/08 | Finan | Obtain certified copies of judgement and associated documents from circuit clerk of United States District Court for the Eastern District of Missouri, including travel to and from. | NA | 0.80 | 168.00 | 7201325 |
| 05/06/08 | LeMoine | Review certifications of judgment re registration in foreign jurisdiction. | NA | 0.20 | 48.00 | 7226356 |
| 05/07/08 | Knutson | Compose, revise, and overnight mail letter to Eastern District of Wisconsin re foreign judgment. | NA | 1.20 | 150.00 | 7206055 |

*Armstrong* Teasdale *LLP*

August 26, 2008

PAGE 11
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| 05/07/08 | Knutson | Check request for foreign judgment fee. | NA | 0.20 | 25.00 | 7206056 |
| 05/07/08 | Knutson | Phone correspondence with Eastern District of Wisconsin clerk re foreign judgment. | NA | 0.40 | 50.00 | 7206057 |
| 05/09/08 | Knutson | Compose, revise, and overnight mail letter to P. Lucey re foreign judgment. | NA | 0.80 | 100.00 | 7206068 |
| 05/09/08 | Summerville | Litigation conference re status of Liss collection efforts. | NA | 0.20 | 90.00 | 7206971 |
| 05/14/08 | Summerville | Review Affidavit of Mailing of Proof of Claim. | NA | 0.10 | 45.00 | 7212618 |
| 06/03/08 | LeMoine | Meeting with J. Summerville and P. Kovacs re case status and timing of judgment debtor examination; conference with P. Lucey re same; review correspondence from P. Lucey re registration of judgment. | NA | 1.20 | 288.00 | 7237091 |
| 06/03/08 | Summerville | Litigation conference re application for fees strategy in pursuing Liss collection. | NA | 0.50 | 225.00 | 7234367 |
| 06/04/08 | LeMoine | Draft memorandum to J. Summerville re actions to date and expected timetable re supplemental examination in Wisconsin; conference and correspondence with P. Lucey re same. | NA | 1.20 | 288.00 | 7241143 |
| 06/04/08 | Summerville | Prepare Motion for Fees and Costs for Additional Class Counsel. | NA | 2.80 | 1,260.00 | 7236071 |
| 06/20/08 | Summerville | Litigation conference re debtor's exam rescheduling; conference with M. Goodman and emessage to same. | NA | 0.30 | 135.00 | 7253975 |
| 06/25/08 | Summerville | Conference with attorney for J. Liss efforts to collect judgment. | NA | 0.30 | 135.00 | 7259035 |
| 06/27/08 | Summerville | Receipt of voice message from attorney for J. Liss; litigation conference re strategy for verifying claim of no assets. | NA | 0.30 | 135.00 | 7262390 |
| 07/03/08 | LeMoine | Correspondence to P. Kovacs re status of judgment debtor examination; correspondence to P. Lucey re same. | NA | 0.20 | 48.00 | 7270014 |
| 07/07/08 | LeMoine | Conference with P. Lucey and counsel for Liss re supplemental examination and continuation of same. | NA | 0.50 | 120.00 | 7277341 |
| 07/08/08 | LeMoine | Correspondence to and from M. Lazar and P. Lucey re supplemental examination and grounds | NA | 0.40 | 96.00 | 7305245 |

*Armstrong* Teasdale *LLP*

August 26, 2008

PAGE 12
Prebill Number: 1469574

| Date | Tkpr | Description (Narrative) | Action | Hours | Value | Ref # |
|---|---|---|---|---|---|---|
| | | for overturning default judgment. | | | | |
| 07/09/08 | LeMoine | Correspondence and conference with M. Lazar and P. Lucey re supplemental examination and documents produced in response to same. | NA | 0.40 | 96.00 | 7305191 |
| 07/11/08 | LeMoine | Correspondence to P. Lucey and M. Lazar re timing of supplemental examination and requirement of producing documents in advance of proceeding. | NA | 0.50 | 120.00 | 7305374 |
| 07/25/08 | LeMoine | Correspondence to counsel for J. Liss re timing of supplemental examination. | NA | 0.30 | 72.00 | 7298744 |
| 08/05/08 | LeMoine | Correspondence to M. Lazar and P. Lucey re timing and scope of supplemental proceeding. | NA | 0.20 | 48.00 | 7311145 |
| 08/13/08 | LeMoine | Conduct supplemental/debtors examination in Milwaukee; conference with counsel for J. Liss re same. | NA | 12.90 | 3,096.00 | 7318285 |
| 08/18/08 | LeMoine | Correspondence to P. Kovacs and J. Summerville re supplemental examination and conclusions re recovery of default judgment; review correspondence and discovery disclosures from J. Liss and J.E. Liss Co. | NA | 2.50 | 600.00 | 7321419 |
| 08/19/08 | Summerville | Review associate memo on Liss deposition; litigation conference re next steps; conference with M. Goodman. | NA | 0.40 | 180.00 | 7321619 |
| 08/20/08 | Summerville | Litigation conference; voice message to attorney for Liss defendants re settlement negotiations. | NA | 0.50 | 225.00 | 7323019 |
| 08/21/08 | Summerville | Conferences with attorney for the Liss defendants re potential settlement. | NA | 0.40 | 180.00 | 7327272 |
| 08/22/08 | LeMoine | Conference and correspondence with J. Summerville re settlement discussion with counsel for J. Liss. | NA | 0.30 | 72.00 | 7327407 |
| 08/22/08 | Summerville | Conferences with attorney for J. Liss; litigation conference negotiation of possible settlement of Liss Judgment; conference with lead counsel for class (G.Sarachan). | NA | 1.00 | 450.00 | 7327279 |
| 08/23/08 | Summerville | Emessage exchange with G. Sarachan. | NA | 0.10 | 45.00 | 7327289 |
| | | **Total Unbilled Fees** | | 151.90 | 52,718.00 | |

*DISBURSEMENTS DETAIL*

**Armstrong Teasdale LLP**

August 26, 2008

PAGE 13
Prebill Number: 1469574

| Date | Tkpr | Type | Check # | Costs Advanced | Amount | Ref # |
|---|---|---|---|---|---|---|
| 12/11/07 | Campbell | 00040 | | Digital Reproductions | 6.57 | 3644480 |
| 12/20/07 | Campbell | 00020 | | Fax Charges -- | 2.25 | 3648452 |
| 12/20/07 | Campbell | 00040 | | Digital Reproductions | 0.36 | 3648453 |
| 12/21/07 | Campbell | 00020 | | Fax Charges -- | 2.25 | 3649090 |
| 12/21/07 | Campbell | 00040 | | Digital Reproductions | 0.36 | 3649092 |
| 02/07/08 | Schach | 00095 | 254498 | Database Search -- VENDOR: Accurint; INVOICE#: 1297751-20080131; DATE: 1/31/2008 - Acct 1297751 | 33.93 | 3668134 |
| 02/14/08 | | 00040 | | Digital Reproductions | 1.08 | 3673453 |
| 02/18/08 | | 00090 | | Database Search - Westlaw -- Westlaw | 58.50 | 3680924 |
| 02/27/08 | | 00090 | | Database Search - Westlaw -- Westlaw | 200.70 | 3680925 |
| 03/20/08 | | 00090 | | Database Search - Westlaw -- Westlaw | 14.40 | 3695796 |
| 04/02/08 | | 00040 | | Digital Reproductions | 0.36 | 3696458 |
| 05/07/08 | | 00165 | | UPS Overnight Delivery -- UPS,,U.S. District Court | 12.63 | 3712476 |
| 05/07/08 | Knutson | 00560 | | Filing Fees -- VENDOR: USDC, Eastern District of Wisconsin; INVOICE#: FILING_FEE_050708; DATE: 5/7/2008 | 39.00 | 3710994 |
| 05/09/08 | | 00165 | | UPS Overnight Delivery -- UPS,,Michael Best & Friedrich LLP | 12.63 | 3715215 |
| 05/19/08 | | 00010 | | Long Distance Telephone | 3.95 | 3715711 |
| 06/25/08 | | 00010 | | Long Distance Telephone | 1.25 | 3730256 |
| 07/28/08 | | 00010 | | Long Distance Telephone | 1.35 | 3743180 |
| 08/13/08 | LeMoine | 00550 | 0 | Travel Expense -- VENDOR: Bruce D. LeMoine; INVOICE#: MILWAUKEE_08/13/08; DATE: 8/13/2008;Airfare, taxi, parking, meals | 818.12 | 3753435 |
| 08/20/08 | | 00010 | | Long Distance Telephone | 2.01 | 3752492 |
| 08/25/08 | | 00040 | | Digital Reproductions | 2.34 | 3754104 |
| 08/25/08 | | 00040 | | Digital Reproductions | 1.98 | 3754123 |
| 08/26/08 | LeMoine | 00570 | 0 | Court Reporter Fee -- VENDOR: Gramann Reporting, Ltd; INVOICE#: 166578; DATE: 8/19/2008 | 634.55 | 3754316 |
| 08/26/08 | LeMoine | 00640 | 0 | Associate Counsel Fees & Expenses -- VENDOR: Michael Best & Friedrich LLC; INVOICE#: 1022895; DATE: 7/15/2008 | 3,188.30 | 3754315 |

Total Unbilled Disbursements  5,038.87

Armstrong Teasdale LLP

August 26, 2008

PAGE 14
Prebill Number: 1469574

## MATTER SUMMARY
(Life to Date Amounts Calculated Since 1/1/1994)

| | Year to Date | Life to Date* | | Year to Date | Life to Date* | |
|---|---|---|---|---|---|---|
| Submitted Time: | 47,729.00 | 52,718.00 | Submitted Disb: | 5,027.08 | 5,038.87 | Last Activity: 08/26/08 |
| Billed Time: | 0.00 | 0.00 | Billed Disb: | 0.00 | 0.00 | Last Billed: / / |
| Unbilled Time: | 47,729.00 | 52,718.00 | Unbilled Disb: | 5,027.08 | 5,038.87 | Last Billed Thru: / / |
| Fees Realization: | 0.00 | 0.00 | Disb Realization: | 0.00 | 0.00 | Last Bill Amount: 0.00 |
| Paid Time: | 0.00 | 0.00 | Paid Disb: | 0.00 | 0.00 | Last Payment: / / |
| Unpaid Time: | 0.00 | 0.00 | Unpaid Disb: | 0.00 | 0.00 | |
| Fees A/R Write-Offs: | 0.00 | 0.00 | Disb A/R Write-Offs: | 0.00 | 0.00 | |

## AGING AS OF 08/26/08

| | 0 – 30 Days | 31-60 Days | 61 – 90 Days | 91 – 120 Days | Over 120 Days | Total Aging |
|---|---|---|---|---|---|---|
| Time (Fees) | 4,896.00 | 687.00 | 2,331.00 | 1,520.00 | 43,284.00 | 52,718.00 |
| Disbursements | 4,648.65 | 0.00 | 1.25 | 68.21 | 320.76 | 5,038.87 |
| A/R | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 9,544.65 | 687.00 | 2,332.25 | 1,588.21 | 43,604.76 | 57,756.87 |

## BILL FORMATTING

| | BILL | | | |
|---|---|---|---|---|
| Bill Format: | A | | Prebill Format: | ATSDPBILL — Main Prebill Format - 7/1/2006 |
| Remittance Page: | A | standard remittance page - no prior balance | Atty Summary: | E — name / act rate / hours / amt |
| Invoice Summary: | AN | standard summary - no prior balance | AR Summary: | C — Matter Level Detail |
| Fees Detail: | I | date / name / hours / amount / narrative | Atty Letter: | |
| Disb Detail: | C | disb date / descriptions (disb type) / narr / amount | Ebill Text File: | |