IN ACCOUNT WITH

**MICHAEL BEST & FRIEDRICH LLP**

100 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4108
FAX 414.277.0656
Telephone 414.271.6560

michaelbest.com

East Maine Baptist Church
c/o Armstrong Teasdale LLP
Attn: Bruce D. LeMoine
One Metropolitan Sq., Suite 2600
St. Louis, MO 63102-2740


RECEIVED AUG 15 2008

Client: 025362

July 15, 2008
Invoice No. 1022895

EIN 39-0934985

Due Upon Presentation
Return Upper Portion with Payment

Invoice No. 1022895
For Professional services rendered through June 30, 2007, as follows:

**Matter:** 025362-0001    J.E. Liss Judgment Collection

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 5/13/08 | P Lucey | Review delivery from Attorney LeMoine; conference with M. Riederer regarding filing. | 0.20 | $82.00 |
| 5/13/08 | B Belk | Communicate with MRiederer regarding assignment; review requirements for transcribing foreign judgment; communicate with clerk regarding the same and relevant filing fees; file documents and filing fee with court. | 1.80 | $405.00 |
| 5/16/08 | B Belk | Communicate with clerk regarding filing of documents for docketing of judgment in District Court. (No Charge) | 0.20 | $0.00 |
| 5/28/08 | P Lucey | Conference with BBelk regarding status of supplementary. | 0.10 | $41.00 |
| 5/29/08 | P Lucey | Check Chapter 816 regarding timing and e-mail and call to Atty. LeMoine. | 0.30 | $123.00 |
| 5/29/08 | B Meyers | Draft Notice of Filing Foreign Judgment and Affidavit; telephone conference with judgment clerk; conduct corporate search for JE Liss; conduct PACER search for plaintiffs' addresses; and confirm current statutory requirements for filing a foreign judgment. | 4.30 | $795.50 |
| 5/29/08 | B Belk | Communicate with BMeyers regarding docketing of judgment in Milwaukee and Sheboygan counties. | 0.30 | $67.50 |
| 6/3/08 | P Lucey | Call from Atty. LeMoine and message to B.Belk. | 0.20 | $82.00 |
| 6/4/08 | B Meyers | Finalize the Foreign Judgment documentation and arrange for filing; research the property owned by Jerome Liss; locate and telephone conference with Ozaukee County Court Commissioner to hold the Supplemental Hearing; Draft the Order to Appear for the Supplemental and Listing of Documents to Produce; Draft the Affidavit of PALucey in Support of Supplemental Order; and research all outstanding judgments against Jerome Liss. | 2.20 | $407.00 |
| 6/4/08 | P Lucey | Conference with BBelk regarding supplementary exam; conference with BMeyers and BBelk; review timing provisions on foreign judgment. | 0.50 | $205.00 |



EXHIBIT B

IN ACCOUNT WITH

**MICHAEL BEST**
& FRIEDRICH LLP

100 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4108
FAX 414.277.0656
Telephone 414.271.6560

michaelbest.com

Client: 025362

Page 2

July 15, 2008
Invoice No. 1022895

| Matter: | 025362-0001 | J.E. Liss Judgment Collection | | |
|---|---|---|---|---|
| 6/5/08 | B Meyers | Edit Order to Appear before Court Commissioner and Affidavit of Paul Lucey; and telephone conference with Court Commissioner confirming supplemental hearing. | 0.40 | $74.00 |
| 6/5/08 | P Lucey | Review email from BMeyer; call Atty. LeMoine; conference with MRiederer. | 0.30 | $123.00 |
| 6/17/08 | B Meyers | Finalize Order for Supplemental Hearing and telephone conference with mediator. | 0.30 | $55.50 |
| 6/20/08 | B Meyers | Locate and telephone conference with process server. | 0.40 | $74.00 |
| 6/20/08 | P Lucey | Logistics regarding Supplementary exam; e-mail to Atty. LeMoine. (No Charge) | 0.10 | $0.00 |
| 6/23/08 | B Meyers | Draft memo giving process server specific serving instructions; organize pleadings; and conduct research on Liss judgments. | 0.80 | $148.00 |
| 6/27/08 | P Lucey | Message from Atty. Lazar and message from Atty. LeMoine; return call to same; return call to Atty. Lazar; further call to Atty. LeMoine. | 0.70 | $287.00 |

Total Hours 13.10

Total Services $2,969.50

Disbursements:

| | | |
|---|---|---|
| | Photocopying | 4.80 |
| 05/13/2008 | Filing Fee - Clerk of Court - Docketing Judgement Fee | 39.00 |
| 05/29/2008 | Filing Fee - Ozaukee County Clerk of Circuit Court | 20.00 |
| 05/29/2008 | Filing Fee - Milwaukee County Circuit Court | 20.00 |
| 06/04/2008 | BreakAway Bicycle Service - Ozaukee County Courthouse | 120.00 |
| 06/05/2008 | Filing Fee - Court Commissioner - Court commissioner fee | 15.00 |



IN ACCOUNT WITH

**MICHAEL BEST**
& FRIEDRICH LLP

100 East Wisconsin Avenue
Milwaukee, Wisconsin 53202-4108
FAX 414.277.0656
Telephone 414.271.6560

michaelbest.com

Client: 025362

Page 3

July 15, 2008
Invoice No. 1022895

| Matter: | 025362-0001 | J.E. Liss Judgment Collection | |
|---|---|---|---|
| | | Disbursements Total | $218.80 |
| | | **Total This Matter** | **$3,188.30** |