# INVOICE



**GRAMANN REPORTING**

710 North Plankinton Ave.
Suite 710
Milwaukee, WI 53203

PHONE: 414.272.7878
FAX: 414.272.1806

*Innovation · Expertise · Integrity*

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 166578 | 8/19/2008 | 84955 |
| Job Date | Case No. | |
| 8/13/2008 | 08FJ2 | |

**Case Name**: East Maine Baptist Church v. J. E. Liss & Co., et al.

**Payment Terms**: Net 30

Mr. Bruce D. LeMoine
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

RECEIVED AUG 21 2008

**ORIGINAL AND 1 COPY OF THE TRANSCRIPT OF:**
Jerome E. Liss
  Half Day Appearance
  Exhibit Copies
  Priority Mail & Handling

| | | |
|---|---|---|
| 102.00 Pages | | 525.30 |
| | | 60.00 |
| 157.00 Pages | | 39.25 |
| | | 10.00 |

**TOTAL DUE >>>**  $634.55
AFTER 9/28/2008 PAY  $666.28

283571 1

Please pay
8/22/08

Complimentary TEXT and PDF files e-mailed on the date of this invoice.

Proudly serving the legal community since 1982!
Gramann Reporting appreciates your business. Thank you!

*Thank You*

**WE SINCERELY APPRECIATE YOUR BUSINESS!**

**Tax ID**: 39-1582838

*Please detach bottom portion and return with payment.*

Mr. Bruce D. LeMoine
Armstrong Teasdale LLP
One Metropolitan Square
Suite 2600
St. Louis, MO 63102

Invoice No.    : 166578
Invoice Date   : 8/19/2008
**Total Due**  : **$ 634.55**
AFTER 9/28/2008 PAY $666.28

**Remit To**: Gramann Reporting, Ltd.
710 North Plankinton
Suite 710
Milwaukee, WI 53203

Job No.     : 84955
BU ID       : 1-MAIN
Case No.    : 08FJ2
Case Name   : East Maine Baptist Church v. J. E. Liss & Co., et al.

**EXHIBIT C**